## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELEKE VONDRAKE DAVIS,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:22-cv-02074** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **DHO – B. CHAMBERS and** | : | |
| **LIEUTENANT SCAMPON,** | : | |
| **Defendants** | : | |

### <u>ORDER</u>

**AND NOW**, on this 30th day of March 2023, in accordance with the accompanying

Memorandum, **IT IS ORDERED THAT**:

1.  Plaintiff Eleke Vondrake Davis ("Plaintiff")'s complaint (Doc. No. 1) is
    **DISMISSED** for failure to state a claim upon which relief may granted pursuant
    to 28 U.S.C. § 1915A(b)(1);

2.  Plaintiff is **DENIED** leave to amend his claims; and

3.  The Clerk of Court is directed to **CLOSE** the above-captioned case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania